# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

ANGELA TATE, ET AL.                                      **PLAINTIFFS**

v.                            **CIVIL ACTION NO. 2:19-cv-63-TBM-RHWR**

DR. MICHAEL ZALESKI, ET AL.                             **DEFENDANTS**

## <u>FINAL JUDGMENT</u>

The claims of Plaintiffs Angela Tate, Darshaun Young, Dena Myers, and Hope Landing, against Defendants Dr. Michael Zaleski and Total Foot Care Clinic, LLC, came on for trial before the Court and a jury on the 10th day of January, 2022, and concluded the 14th day of January, 2022, Honorable Taylor B. McNeel, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form for each Plaintiff, the jury retired to consider the verdict.

The jury returned upon their oaths, into open Court, a unanimous verdict. The jury returned a unanimous verdict finding in favor of Plaintiff Dena Myers on her sexual harassment claim against Defendant Total Foot Care Clinic, LLC. The jury awarded Plaintiff Myers $24,000.00 in damages for past emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

The jury returned a unanimous verdict finding in favor of Plaintiff Darshaun Young on her sexual harassment claim against Defendant Total Foot Care Clinic, LLC. The jury awarded Plaintiff Young $34,000.00 in damages for past emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

The jury returned a unanimous verdict finding in favor of Defendant Total Foot Care Clinic, LLC on Plaintiff Hope Landing's claim of sexual harassment against Defendant Total Foot Care Clinic, LLC.

The jury returned a unanimous verdict finding in favor of Plaintiff Angela Tate on her sexual harassment claim against Defendant Total Foot Care Clinic, LLC. The jury awarded Plaintiff Tate $18,000.00 in damages for past emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

In accordance with the jury's unanimous verdict,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Dena Myers is awarded a judgment against Defendant Total Foot Care Clinic, LLC in the amount of $24,000 in damages for past emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Darshaun Young is awarded a judgment against Defendant Total Foot Care Clinic, LLC in the amount of $34,000 in damages for past emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that the sexual harassment claims of Plaintiff Hope Landing against Defendant Total Foot Care Clinic, LLC are **DISMISSED WITH PREJUDICE.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Angela Tate is awarded a judgment against Defendant Total Foot Care Clinic, LLC in the amount of $18,000 in

damages for past emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, in accordance with the jury's unanimous verdict, the Court's prior Orders [272], [279], the prior rulings of the Court, and with the Order entered herewith, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 18th day of January, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE