2/6/22, 10:17 AM Case 2:19-cv-00063-TBM-RHWR Jackson Jambalaya: Judge Accuses Attorney of "Criminal Activity" Document 313-3 Filed 02/07/22 Page 1 of 11

RSS FEED COMMENTS

# Jackson Jambalaya

A website of news, commentary, culture, & jackassery in the Jackson, Mississippi area.

Home Entries (RSS) Comments (RSS) About

Search this website... GO

**Tuesday, November 24, 2020**

## Judge Accuses Attorney of "Criminal Activity"

*Requests mental evaluation for lawyer*

A Rankin Judge took the unusual step of filing a bar complaint against attorney Abby Robinson. The Jackson lawyer accused Rankin County Court Judge Kent McDaniel of retaliation after she filed a complaint against him with the Mississippi Commission on Judicial Performance.

The courtroom drama began in a lawsuit filed in Rankin County Court, *Shope v. Mid-South Neurospine, Dr. Michael Winkman, et al.* The original lawsuit claims the defendants caused the plaintiff to become addicted to opioids. Shope lost on a motion for summary judgment and filed a notice of appeal in Circuit Court. Judge McDaniel point out that the complaint was filed after the statute of limitations. Judge Dewey Arthur said she did not pay the required fees within the deadline of thirty days and dismissed the case. Shope attempted to appeal the dismissal but such efforts have been made in futility.

Shope and his lawyer refused to go away in defeat. They appealed to the Mississippi Supreme Court. He filed a motion that asked the court to "remand the case to a proper court" and recuse Judge McDaniel from the case. She cited her complaint against him as support for the recusal. A plethora of exhibits were attached to the motion. The case sat silently on the docket until November 19 when she filed another an emergency motion to show cause for the Mississippi Supreme Court to order Judge McDaniel, Rankin County Circuit Clerk Becky Boyd release the paid-for court transcripts "which will end the hearsay of the judicial complaint to the Mississippi Supreme Court as a matter of law."

Mrs. Robinson attaches the bar complaint and a letter from the Commission acknowledging receipt of her complaint on September. She filed the complaint against Judge McDaniel on September 4. The exhibit was not sealed.

No good deed goes unpunished. The attorney accuses Judge McDaniel of retaliation. Judge McDaniel filed a bar complaint against Mrs. Robinson on September 9. Ironically, Judge McDaniel stated in the first sentence of the bar complaint that he was protecting her right to privacy. Judge McDaniel's letter to Mississippi Bar General Counsel Adam Kilgore says it all. No rewriting is required.

As noted on this Opinion, I have ordered it sealed in MEC in order not to deprive Attorney Abby Gale Robinson of her right to privacy or any of her procedural due process until the Bar and/or the appellate court(s) has/have acted. The Exhibits from the hearing which are referred to throughout are filed with the Clerk, but Exhibit #14, Defense Counsel's billing statements, has been sealed but may be opened by the Bar or any of the other organizations which I am referring this to, including the Mississippi Commission on Judicial Performance, the Twentieth Circuit District Attorney John K. "Bubba" Bramlett, and United States Attorney Michael Hurst. I have reason to believe that there is probable cause that Robinson has engaged in criminal activity in this and several other cases of which this court has been made aware since filing its Opinion last Friday. I pray the Bar will act promptly to remove this lawyer from the rolls; she is an embarrassment to every member who litigates in our courts.

Only a cursory inquiry will make you and the Committee aware that the misconduct described in the enclosed Opinion is standard practice for Ms. Robinson. In fact, on Saturday, after filing my opinion under seal but leaving the Judgment award available on MEC, I was told by another former ADA and AUSA that she had used precisely these same tactics of making not just legal threats but personal and professional threats against another doctor who caved in and paid settlement money to her and her client. He apparently had some issues that caused him to eschew litigation, but I assure you that Dr. Winkelmann had no such concerns. That explains why he his counsel declined to knuckle under to absurd and unfounded threats but defended her spurious claims in this case. That decision cost them nearly a quarter million dollars in useless defense costs over nearly two years of litigation. The details of what I found to be her arguably illegal and clearly unprofessional activity are in the Opinion, so I will not repeat them here.

BRIARWOOD
Wine and Spirits
4949 Old Canton Road
601.956.5108

THE JAMBALAYA
WITH THE KINGFISH

EMAIL ADDRESS

kingfish1935@gmail.com

SUPPORT THIS SITE.

Donate

Mail donations to:
ATTN: Jackson Jambalaya
P.O. Box 2092
Ridgeland, MS 39158

HAPAX CREATIVE
COMMUNICATIONS
STRATEGY
MEDIA
FILM & VIDEO
PHOTOGRAPHY

MARSHALL RAMSEY

- The Last Mission
- The Finest Gift: A Christmas Story
- Make it Happen
- S#*^ and other words of wisdom

Tell MS Legislators to Keep State Parks Public!
No Privatization!
SIERRA CLUB
MISSISSIPPI CHAPTER
NOTHING SAYS I U
NANDY'S CANDY
PRE-ORDER ONLINE AT NANDYSCANDY.COM

601.362.9553
NANDY'S CANDY

MIKE CHANEY
Commissioner of Insurance
CLICK HERE FOR
COVID-19/INSURANCE INFORMATION

StowAway
SELF STORAGE
AFFORDABLE
SELF-STORAGE

EXHIBIT C

kingfish1935.blogspot.com/2020/11/judge-accuses-attorney-of-criminal.html 1/11

I have also learned since filing my Opinion that a number of other Judges, both State and
Federal have encountered unprofessional conduct by Robinson. I received on Friday night
following my judgment being filed, a document that she has filed in U. S. District Court Case
No. 3:20-cv-00418-DPJ-FKB wherein she chastises District Judge Jordan for his candid
description of her lack of communication skills. This document, just posted on PACER on 9/3
as Document 19, was sent to me Friday night by a lawyer familiar with that case who had been in
my court for some of the hearings in the instant case. I have attached a copy in the event Judge
Jordan has not contacted the Bar. My fellow lawyer also advised that Robinson has had
confrontations and similar disrespect problems with Linda Anderson, a black/female Magistrate,
and I will remind you of the item previously sent regarding Robinson's conflict with U. S.
Magistrate Judge Gargiulo in Hattiesburg. In short, she is thoroughly unprofessional and
confrontational in her utter lack of respect for many courts, especially including this one now.
She has the audacity in her filing before Judge Jordan to call herself a "freedom fighter"
comparable to Harriet Tubman. That a woman living in a big house in fashionable Bridgewater
has the nerve to compare herself to a "real" freedom fighter and hero is disgusting.

This sort of attitude is, I believe, a result of at least one mental condition from which she
suffers: malignant Narcissistic Personality Disorder, perhaps coupled with untreated bipolar
disorder. In my experience with adult defendants and irresponsible parents before me in court
with these disorders, especially NPD, rapid repair is not realistic. Sufferers believe they are
correct, and therefore can not be "fixed" by outside intervention; they generally take counsel only
from themselves. You may want to refer her to LJAP for a professional evaluation. In my view
that could not hurt.

Adam, I beg the Bar Committee to take decisive action and do it quickly. She is a loose
cannon and an embarrassment to everyone who cares about the integrity of the Bar. I have told
you before and tell you again, there is absolutely no way anyone with communication (written
and oral) skills that are not just deficient but often non-existent could have received a law degree
from an accredited law school or passed a Bar examination. If she ever had satisfactory character
and fitness, it is long gone now. Please do something promptly.

Without suggesting how you and the Committee might to proceed with your
investigation, should you initiate one, I urge you to interview her client in this case, Daniel
Shope. Consider taking testimony from him under oath without her present. If he is truthful

(finally?), I believe he is the key to confirming my findings about her role in the perjured
testimony which I believe has been presented to this court in this case. I am very suspect of much
of the information he has provided, especially in the sworn affidavit marked as Exhibit #12 to the
damages hearing. It was more fully described in the Opinion and was conveniently generated in
response to, and within mere days following Defendant's Motion for Summary Judgment. If the
Bar does not care to interview Shope, I expect law enforcement will do that at some point since
subornation of perjury is a felony, particularly when it is presented to the court as truth intended
to be relied upon by the court. Unfortunately for Ms. Robinson, by the time this was presented to
me, I no longer believed much of anything she said or presented in affidavits.

As you can surmise from my Opinion, there is much more I could say in furtherance of
this complaint. My original grant of Summary Judgment has been appealed to Circuit Court, and
I expect it to be appealed to even higher court(s). I expect my award of damages pursuant to the
LAA will also be appealed. Meanwhile, I hope you and the Committee will take action on my
complaint. Should you do so, I will make myself available to meet with you or any member or
the full Committee at your convenience, if needed. I consider this as important as anything
going on in my court at present. On the other hand, I believe the Opinion contains conclusions
on all the information I had at the time I signed it, and the Exhibits speak for themselves.

Judge McDaniel sent copies of the bar complaint to U.S. Attorney Michael Hurst, Rankin-Madison District Attorney Bubba Bramlett, and the Executive Director of the Commission. The Bar notified her of the complaint on November 17, two days before she filed the emergency motion.

**Table of Contents.**

P.1: Copy of emergency motion

P. 36: County Court docket

P. 54: Estimated cost of appeal

P. 74: Emergency motion for recusal and remand

P. 96: Notice of complaint from Bar

P. 98: Judge McDaniel letter to Bar

P. 102: Commission acknowledgement of receipt of complaint

P. 104: Order of dismissal

The Prism

CLARION-LEDGER

- Lawyers demand serious charges for shooting at Black FedEx driver in Mississippi
- Furries raise money for libraries after mayor threatens to withhold funds due to LGBTQ+ books
- MSDH plans to start accepting medical marijuana license applications by June
- Omicron causing croup in some young children. Here's how it's treated, what parents can do
- Hinds and Rankin counties report light flurries, weather expected to clear by weekend

PACER: SOUTHERN DIST.

- 1:21-cv-00257 Burrus v. Halpern
- 2:20-cv-00195 American Concrete Products-MS, Inc. v. GLES Global, Inc. et al
- 1:21-cr-00102-1 USA v. Evans
- 1:21-cr-00089-1 USA v. Kent
- 1:19-cv-00827 Affordable Care, LLC v. JNM Office Property LLC

WAPT

- 'One of the best': US-Canada women's Olympic hockey rivalry set to resume
- 'Remarkable achievement': Prince Charles leads tributes to Queen Elizabeth on her Platinum Jubilee
- 'The whole thing is surreal': Long-lost brothers find one another
- Sunday Morning Webcast
- Prince Andrew agrees to give statement under oath in March

BABYLON BEE

- Nation Furious At Man Who Shared Medical Misinformation And Said The N-Word
- Man Being Devoured By Hungry Sharks Tries







27 of 123

date, or until October 5, 2020, to pay the appeal costs. Appellees designated their portions of the record on September 8, 2020. The Clerk filed an Amended Estimate of Cost of Appeal on September 15, 2020. A balance of $2052.00 remains unpaid.

Appellee now brings this Motion to Dismiss for lack of appellate jurisdiction because of Appellant's failure to pay the cost bond. Miss. R. App. P. 10(b)(4) states in part "[t]he clerk and reporter shall prepare the additional parts at the expense of the appellant unless the appellant obtains from the trial court an order requiring the appellee to pay the expense." In Response, Appellant disputes that he is responsible for the portions of the record designated by Appellees and argues he is responsible only for the cost of the portions that he designated. The Court finds that Rule 10 is clear, Appellant bears the cost unless the Court orders otherwise. Appellant never sought an order for Appellees to pay for a portion of the record nor did Appellant pay the additional cost before October 5, 2020. Because Appellant failed to pay the cost bond within the time provided by the statute, his appeal was not perfected and the circuit court lacks appellate jurisdiction. Accordingly, the Court finds Appellee's Motion to Dismiss should be granted and this appeal dismissed.

SO ORDERED, this the 3rd day of November, 2020.

Dewey K. Arthur
Circuit Court Judge

2 of 2

Posted by Kingfish at 12:46 PM

Apologizing To Them
- 4D Chess: Truckers Loot Nike Stores, Burn Some Cop Cars So GoFundMe Will Reinstate Them
- Joe Rogan Agrees To Only Spread CDC-Approved Misinformation
- GoFundMe Freezes Funds For Child's Heart Surgery After Finding Out He Supports Trucker Protest

Y'ALL POLITICS

- Wicker, Hyde-Smith, and colleagues call for accountability on illegal immigrant flights
- MS House passes bill requiring sellers of alternative nicotine products, package retailers to have a third-party age verification service
- MSDH launches website page with beginnings of medical marijuana program information

THE REZ NEWS

- RunStrong Hosts Reservoir Loop Challenge
- If Soggy Sweat Was Here Today - Soggy Sweat on Changing the State Flag
- Coalition of Business for Flag Change

AND THE VALLEY SHOOK

- Basketball Loses Third Straight
- 2022 National Signing Day Openthread
- Gamethread: #25 LSU vs. Ole Miss, 8:00 P.M., SEC Network

NAKED CAPITALISM

- Links 2/6/2022
- The Great Amazon Land Grab – How Brazil's Government Is Turning Public Land Private, Clearing the Way for Deforestation
- Links 2/5/2022
- How a Cooperative Run by the Formerly Incarcerated Is Reshaping Chicago's Food Industry
- Senators Have Re-Introduced the Highly Unpopular EARN IT Bill

MISSION MISSISSIPPI

Mission Mississippi has been leading the way in racial reconciliation in Mississippi for the past 25 years. Our model is to bring people together to build relationships across racial lines so they can work together to better their communities.

Our mission is to encourage and demonstrate grace in the Body of Christ across racial lines so that communities throughout Mississippi can see practical evidence of the gospel message.

MISSIONMISSISSIPPI.ORG

BUBBA BRAMLETT DISTRICT ATTORNEY www.DABramlett.com

BPF
BiggerPieForum
Promoting market-driven economic growth for a bigger and brighter Mississippi.

RECENT COMMENTS

- He should not have been able to get a gun. - 2/6/2022 - Anonymous
- 9:36 - Looks like you missed the word "subpoe... - 2/6/2022 - Anonymous
- How does he, on a mayor's salary, manage to li... - 2/6/2022 - Anonymous
- @1:40 - I may be a country boy, but I'm not so... - 2/6/2022 - Country Boy
- Madison County is adding another. Top shelf custom... - 2/6/2022 - Anonymous

SEARCH JACKSON JAMBALAYA

Search

MOST POPULAR POSTS LAST WEEK.

- Camera Found in Girls' Locker Room
- Elementary Principal Arrested in Locker Room Camera Case
- Trouble at Sal & Mookies (Updated)
- Boondocks to Close
- Jabbing at Germantown
- A Day to Die
- Dead Dumbass of the Day
- Trash Talk: Mayor Lashes Out at City Council
- Woman Convicted for Food Stamp Fraud
- More Carjackers Caught

SUBSCRIBE TO JJ'S YOUTUBE CHANNEL

## 44 comments:

Anonymous said...

McDaniel is one of the best on the bench. If he says it, it's true.

November 24, 2020 at 12:52 PM

Anonymous said...

This will not end well for her. And anyone who has dealt with her will not be surprised by this.

Judges McDaniel and Arthur are the best around. Atty. Robinson is not.

November 24, 2020 at 1:17 PM

Anonymous said...

12:52, I second that. He really is top notch, and if he has lost patience like this, wow. Everything I have seen from Abby Robinson for the past few years supports everything Judge McDaniel says.

November 24, 2020 at 1:21 PM

Anonymous said...

I know both Judges McDaniel and Jordan personally and professionally. Either of them could serve with distinction on the U. S. Supreme Court. If they have reached the point of publicly criticizing the attorney, she needs to be disbarred with all appropriate speed. I mean, good Lord!

November 24, 2020 at 1:25 PM

Anonymous said...

She called herself a "freedom fighter" comparable to Harriet Tubman?

BWA-HA-HA!

She's not worthy to untie the straps of Ms. Tubman's sandals. And as we've seen from another high profile personality with NPC, she's not likely to ever admit her culpability and incompetence.

November 24, 2020 at 1:26 PM

Anonymous said...

The Cipher's attorney, right?

November 24, 2020 at 1:26 PM

Anonymous said...

I wholeheartedly agree about Judge McDaniel. Been practicing before him for over twenty years and he is one of the best...both professionally and personally. This attorney must have real issues if he has reached this point. The Bar and law enforcement need to take action.

November 24, 2020 at 2:08 PM

Anonymous said...

It appears that Adam Kilgore filed a bar complaint against this Mensa. Kent may have filed his own, but Kilgore filed one as well.

November 24, 2020 at 2:18 PM

That Would Scan All Online Messages

### NMISSCOMMENTOR

- Hello world!
- The Right Nicotine Strength Makes A Difference In The Vaping World
- Even worse than the good old days

### CALCULATED RISK

- Real Estate Newsletter Articles this Week
- Schedule for Week of February 6, 2022
- COVID Update: February 4, 2022: Falling Cases and Hospitalizations; 2,400 Deaths per Day

### SPECIAL COVERAGE

- Lamar Adams/Madison Timber Case
- The Gold Coast of Rankin County
- PERS Coverage
- Hinds County Coverage
- Frazier coverage
- JPS & Education
- Madison County coverage
- Heather Spencer Murder
- Steadivest fraud case
- Jackson interest-rate swaps/refinance of bonds
- Evans case
- Jackson Airport stuff
- Jackson EPA Emergency Order

### ARCHIVES

- ► 2022 (174)
- ► 2021 (1779)
- ▼ 2020 (1960)
  - ► December (143)
  - ▼ November (156)
    - C19 Hospitalizations Set Record
    - And So It Begins
    - The Ever-Shrinking Clarion-Ledger
    - Celebrating Sarah.... Sort of
    - Zebulum James Trial Starts Today
    - MHP Reports 6 Fatalities During Holiday Weekend
    - C19 Update: Deaths Don't Match Increase in Cases
    - Good Guys Win One
    - Sunday Sermon
    - Bill Crawford: Should State Take Over History Curr...
    - Funny Because It's True
    - Jake & Elwood Return
    - Street Justice?
    - Like a Boss
    - CDC: About That 2-Week Quarantine......
    - Interpreter Arrested
    - Then There Were Two
    - #118
    - Christmas Comes to Life on December 18
    - Ghosts of Thanksgiving Past
    - Throwback Thursday (Thanksgiving Edition)
    - Cipher Sues Preacher
    - Lawsuit: JPD Commander Pointed a Loaded Pistol at ...

Anonymous said...

Judge McDaniel is the GOAT! You DO NOT ass around in his courtroom, PERIOD. The poor little plebe attorney should lick her wounds and scurry away before he bends her over his knee and spanks her like the petulant child that she is.

Anyone taking odds on how this will turn out?

November 24, 2020 at 2:30 PM

The Men in the White Coats say: said...

She seems nice, with a little crazy thrown in.

November 24, 2020 at 2:46 PM

Anonymous said...

She also says she is a building contractor...hahahahahahahahaha

November 24, 2020 at 2:53 PM

Anonymous said...

9% of the people reading this blog are attorneys. 12% of the nine have actually tried a case in a court-room. 23% of the people reading this blog pretend to be attorneys. Can we move on to the 87% who don't give a shit about this kind of thing?

November 24, 2020 at 3:05 PM

5R5P said...

@3:05 You sir are 120% correct!

November 24, 2020 at 3:20 PM

Anonymous said...

3:05 go back to your room. no xbox for you today.

November 24, 2020 at 3:21 PM

InsertSarcasmHere said...

So, with the MS Bar standards (obviously) being so low, after working for attorneys over 20 years, I think I have a good chance of passing! Sign me up! I would be fired as a legal assistant if I allowed one of my attorneys to send out this drivel. Made my head hurt just reading it.

November 24, 2020 at 3:27 PM

Anonymous said...

Lawyers constantly complain that the Bar does nothing about rogue lawyers- Here they are attempting to do something as Kilgore also filed a complaint and 3:05 is complaining about that- Yes lawyers do very much care about lawyers like this- If you are disinterested 3:05, there are plenty of other stories here to entertain you-

November 24, 2020 at 3:29 PM

Anonymous said...

Female Carlos the Clown

Liftoff!
Realtor Arrested
Robert St. John: Extra Table 2020
Homicide on Pocahontas
Sid Salter: Trump continues a long, unfortunate pr...
Should You Get Up at 4 AM?
Man Shoots at Other Man in Ridgeland
Judge Accuses Attorney of "Criminal Activity"
Too Funny
D.L. Gardner: Great is God's Faithfulness
Fire & Blood
Old K-Mart Burning
Dr. Woodward Calls for Statewide Mask Mandate
Have Fun!
C19 Update: More of the Same.
CHS Supports Yazoo Pumps
Playoffs? Did Someone Ask About Playoffs?
Idiot of the Day
The Dave Chappelle Experience
Out for the Year
When the Crisis Comes
Bill Crawford: Mississippi GOP Becomes What Early ...
Oldie but Goodie
Jackson City Council Primary Winner Voted in Ridge...
New Record for C19 Cases in One Day
Flashback Friday
Don't Give Water to the Griswolds While Going to S...
Ole Miss Alumni Food Fight!
C19 Patients Might Have Immunity After All
The Kids are All Right
State Auditor Makes Monticello Bust
Supremes Deny Killer's Appeal
Meet the New Boss, Same as.....
NPR: Euro Schools Stay Open During Surge
No Comment!
Runoff!
Awwwww
Moderna C19 Vaccine 94.5% Effective
C19 Closes Clinton City Hall
Robert St. John: Thanksgiving 2020
Jackson Repeals Abortion Clinic Buffer Zone Law
Sid Salter: Biden's Challenge: Will Americans Cont...
Twit This!
State Auditor Arrests Former JuCo Employee

November 24, 2020 at 3:40 PM

Anonymous said...

3:05 -- Maybe, just maybe, try not clicking the link that says "JUDGE ACCUSES ATTORNEY of 'CRIMINAL ACTIVITY'" if you, as you so eloquently put it, "don't give a shit about this kind of thing. Just a thought.

November 24, 2020 at 3:52 PM

Anonymous said...

I may have missed it above, but McDaniels sanctioned her and client to the tune of $180,000ish, of which she is personally responsible for $150,000.

November 24, 2020 at 3:56 PM

Anonymous said...

3:05, please cite to the source of your statistics, then turn your attention back to FaceBook.

Speaking of FaceBook, this case demonstrates the difference between trying to manipulate public opinion and the practice of law, in a court of law. What flies on social media won't cut it in court.

November 24, 2020 at 4:02 PM

Anonymous said...

Is this the same attorney that had an "Issue" with the MS Bar a few months ago that sent an editorial to JJ?

November 24, 2020 at 4:12 PM

Anonymous said...

@3:05
This is literally a public service to let the plebs and poors see the inner workings. Because the lack of transparency means all anyone knows is that Morgan & Morgan are "For the people" and Richard Schwartz is just "One Call" away.

November 24, 2020 at 4:12 PM

Anonymous said...

"McDaniel's". -- I imagine she sees much success in court by calling out judges by name and then misspelling it. It's always worked wonders for me.

November 24, 2020 at 4:30 PM

Anonymous said...

Bye Felicia!

November 24, 2020 at 4:39 PM

Anonymous said...

3:05 here, again. I would like to revise my earlier comment regarding 23% of the goobers on here pretending to be or wanting to be lawdogs. It's actually 38%. Please carry on.

November 24, 2020 at 4:59 PM

Anonymous said...

Let's Get Ready to Ruuuuumbllllllle!!!
Permit Board Revokes Acid Lagoon's Permit (Video)
Full Moon Bar-B-Que Coming to Madison
Idiot of the Day
Docking the Dragon
And All I Got Was This Crummy Little T-Shirt
Governor Announces Proposed Budget
Unattended Cooking Cause 6 Fire Deaths This Year
Daniel Gardner: The Rest of Us Are Glad We Live in...
Medic!
State Medical Examiner Suspended
Nominal Orbit Insertion
WSJ: No C19 Transmissions in Professional Outdoor ...
Sunday Sermon
Bill Crawford: Mail-In Voting Narratives Poorly Ob...
Let the Medical Marijuana Melee Begin
Mona Lisa, Mona Lisa......
Jim Pace, Rest in Peace
Tate Will Fight Any Federal Lockdown Orders
Flashback Friday
Feds Sue Pearl Landlord For Housing Discrimination
#116
Aftermath of a Homicide
Covid-19 Closes Brandon High
C19 Update: No ICUs Available in Jackson Area
Sandra Strain Seeks Late Husband's Seat
Amazon Bringing 1,000 Jobs to Madison County
Throwback Thursday: When the Supremes Turned Missi...
Covid-19 Food Fight!
About Those Movies You Bought......
Governor Gets New Spox
#115
Sollberger's Is Closing
► October (169)
► September (145)
► August (156)
► July (168)
► June (169)
► May (186)
► April (187)
► March (190)
► February (134)
► January (157)
► 2019 (1730)

It's hard to believe the Bar has kept Gilgore on the payroll He is all about himself and no I have no conflict with him, a simple conference with him will tell it all

November 24, 2020 at 5:00 PM

Anonymous said...

" She called herself a 'freedom fighter' "

Question:

Can some explain the hierarchy of these self proclaimed ranks ?

"freedom fighter"
"social justice warrior"
"community organizer"
"bat shit crazy person" with a JD.

Only curious . . . trying to keep up with everything.
I'm not woke yet . . . I'm still sleepy.

November 24, 2020 at 5:16 PM

Anonymous said...

I can't say I don't care about this type of post, because I do. Anytime I learn of one of the sharks in the illegal profession getting grief, I get the warm and fuzzies.

November 24, 2020 at 7:02 PM

Anonymous said...

She must've had Algonquin J. Calhoun write that emergency motion. That may be the worst legal document I've ever read.......

November 24, 2020 at 7:07 PM

Anonymous said...

He is a professional acquaintance of some 30 years ago. To state it in colloquial terms, "she's sckrewed".

November 24, 2020 at 9:34 PM

Anonymous said...

I've known Kent for over 40 years. I'm not a lawyer. He's finest kind. However, I doubt the bar will do anything unless she stole money from a client. That seems to be the only thing that will trigger a response from them

November 24, 2020 at 10:17 PM

Andrew Brown said...

@7:07 - I resent you insulting A. J. Calhoun. Even he could do better than this.

November 24, 2020 at 10:26 PM

Anonymous said...

That she sued a doctor "in his professional and his personal capacity" tells me all I need to know about her competency to practice law. A few pages of her pleadings (any pages from any pleadings) raises serious doubts about her mental competency.

This woman clearly needs help, and needs to be removed from the practice of law (and probably society) until she gets it and demonstrates an extended period of mental and emotional stability. That's my $0.02.

- ▶ 2018 (1552)
- ▶ 2017 (1442)
- ▶ 2016 (1503)
- ▶ 2015 (1587)
- ▶ 2014 (1314)
- ▶ 2013 (1080)
- ▶ 2012 (1088)
- ▶ 2011 (1047)
- ▶ 2010 (942)
- ▶ 2009 (975)
- ▶ 2008 (931)
- ▶ 2007 (398)
- ▶ 2001 (1)

THE KINGFISH'S FAVORITE POSTS

- Presenting the Mississippi State Capitol (Video)
- Editorial: The airport belongs to Jackson. Period.
- Kelly arrested for taking pics of Rose Cochran
- The Real Face of Mississippi Government
- PERS gets mo' money but funding level falls
- Majority black public school districts spend more, waste more, fail more
- Jackson's water bond failure: The REST of the story.
- Time to return fire on Banks
- Supervisor votes on projects next to land he owns
- Throwdown at the Levee Board
- Door shuts on another life
- Truth begins to come out in Irby case
- Judge orders interview of Irby
- Steadivest: Snakes or snake-bitten?
- Post-election thoughts
- Rest of the story about Crisler's shooting
- Jackson paying $4 million in fees
- Will Jackson end up like Birmingham
- Record-breaking fraud?
- FBI contacted MVT about Evans
- Heather Spencer police reports
- An open letter to John McCain
- Are your 401k's safe from Democrats?
- Democrats' Plans for Controlling the Media
- Who is Teresa Ghilarducci?
- Kingfish wins at Ethics Commission
- Tribe of Obama
- Berry V. Aetna (rankin County Cesspool)
- Incest in Dixie: Mississippi Legal Profession
- Jim Hood: Liar
- JFP Tax Problems? (See comments)
- The SafeCity Bill
- Isn't this called secession?
- A Black Governor in Mississippi?
- Time to grade Miles' exam
- Domestic Violence & Divorce in Mississippi
- Truthwatch, eh?
- What is Jackson Jambalaya?
- Election Night Thoughts
- Counter-Insurgency for Beginners

Practice tip: Redact the routing and account number on your checks when you file them into the public record.

November 24, 2020 at 10:45 PM

Anonymous said...

7:02, That warm and fuzzy felling is probably just the bourbon.

November 24, 2020 at 10:48 PM

Anonymous said...

@1045 - you gonna redact the bank info on every check you write and get the bank employees to close their eyes when your check comes thru? Geez, get you some more tinfoil for your head.

November 25, 2020 at 8:21 AM

Anonymous said...

Shoutout to the staff attorneys who have to read these pleadings...

November 25, 2020 at 11:13 AM

1234 said...

She can cancel Christmas! Good riddens!

November 25, 2020 at 3:08 PM

Anonymous said...

She is a JOKE!!

November 25, 2020 at 3:40 PM

Anonymous said...

I bet watching her in court is entertaining (if she isn't your attorney).

November 25, 2020 at 3:51 PM

Anonymous said...

8:21 a.m.,

I do my best to redact the routing and account numbers of every check I file with the clerk of the court, into the public record, as an exhibit to a pleading in a lawsuit. In fact, that's one of the rules for electronic filing at the state and federal levels.

It has nothing to do with using checks as negotiable instruments. It has everything to do with not publishing banking information to the general public. Perhaps you should re-read my original comment.

-10:45

November 25, 2020 at 4:34 PM

Macy Hanson said...

Ms. Robinson is apparently on Superlawyers Rising Stars 2020 list: https://profiles.superlawyers.com/mississippi/jackson/lawyer/abby-g-robinson/a5efa9e0-c05a-474e-9809-de4e250672f7.html

November 25, 2020 at 5:24 PM

- Jazz for Beginngers
- Mayor Melton's Soljah
- A Leopard Can't Change His Spots, Can Jere Nash?
- Harborwalk Hoax?
- A Pox on All Your Houses

**LOCAL MEDIA**

- Y'all Politics
- WLBT
- West Jackson Facebook page
- WJTV
- The Northside Sun
- WAPT
- The Mississippi Link
- The Rez News
- Othor Cain
- Mississippi Magazine
- Jackson Free Press (Jackson, MS Alternative Weekly)
- Harborwalk Thread (Jackson's Latest Boondoggle)
- Darkhorse Press
- Clarion Ledger (Jackson, MS Gannett Newspaper)
- Clay Edwards Show
- Barksdale Today
- Supertalk Mississippi

**TROLLFEST '09**

**Trollfest '07 was such a success that *Jackson Jambalaya* will once again host Trollfest '09. Catch this great event which will leave NE Jackson & Fondren in flames. Othor Cain and his band, The Black Power Structure headline the night while Sonjay Poontang returns for an encore performance. Former Frank Melton bodyguard Marcus Wright makes his premier appearance at Trollfest singing "I'm a Sweet Transvestite" from "The Rocky Horror Picture Show." Kamikaze will sing his new hit, "How I sold out to da Man." Robbie Bell again performs: "Mamas, don't let your babies grow up to be Bells" and "Any friend of Ed Peters is a friend of mine". After the show, Ms. Bell will autograph copies of her mug shot photos. In a salute to "Dancing with the Stars", Ms. Bell and Hinds County District Attorney Robert Smith will dance the Wango Tango.**

**Wrestling returns, except this time it will be a Battle Royal with Othor Cain, Ben Allen, Kim Wade, Haley Fisackerly, Alan Lange, and "Big Cat" Donna Ladd all in the ring at the same time. The Battle Royal will be in a steel cage, no time limit, no referee, and the losers must leave town. Marshand Crisler will be the honorary referee (as it gives him a title without actually having to do anything).**

Anonymous said...

@2:53, She is a contractor and actually built several of the houses in her Bridgewater subdivision.

She is very entertaining in court, although she is disruptive and a little disrespectful to the opposite counsels. However, I have never seen her disrespectful to a judge, but I'm sure Judge McDaniel is being truthful in his complaint. He is a well-respected and fair judge.

November 29, 2020 at 10:37 PM

Spelling Police for 1234 said...

@1234 - that would be good "riddance."

November 30, 2020 at 7:27 AM

Anonymous said...

I don't know this attorney but am familiar with Judge McDaniel, and I am certain that before he said anything critical of this lawyer that he was confident that it was true, verifiable, impartial, and in the interest of preserving the integrity of the legal system. If the legal community cringes at the behavior of one of their own, then it is past time to act. Kudos to the judge for standing up for the profession.

December 1, 2020 at 5:20 PM

Post a Comment

Newer Post Home Older Post

Subscribe to: Post Comments (Atom)

**Meet KIM Waaaaaade at the Entergy Tent. For five pesos, Kim will sell you a chance to win a deed to a crack house on Ridgeway Street stuffed in the Howard Industries pinata. Don't worry if the pinata is beaten to shreds, as Mr. Wade has Jose, Emmanuel, and Carlos, all illegal immigrants, available as replacements for the it. Upon leaving the Entergy tent, fig leaves will be available in case Entergy literally takes everything you have as part of its Trollfest ticket price adjustment charge.**

**Donna Ladd of *The Jackson Free Press* will give several classes on learning how to write. Smearing, writing without factchecking, and reporting only one side of a story will be covered. A donation to pay their taxes will be accepted and she will be signing copies of their former federal tax liens. Ms. Ladd will give a dramatic reading of her two award-winning essays (They received The Jackson Free Press "Best Of" awards.) "Why everything is always about me" and "Why I cover murders better than anyone else in Jackson".**

**In the spirit of helping those who are less fortunate, Trollfest '09 adopts a cause for which a portion of the proceeds and donations will be donated: Keeping Frank Melton in his home. The "Keep Frank Melton From Being Homeless" booth will sell chances for five dollars to pin the tail on the jackass. John Reeves has graciously volunteered to be the jackass for this honorable excursion into saving Frank's ass. What's an ass between two friends after all? If Mr. Reeves is unable to um, perform, Speaker Billy McCoy has also volunteered as when the word "jackass" was mentioned he immediately ran as fast as he could to sign up.**

**In order to help clean up the legal profession, Adam Kilgore of the Mississippi Bar will be giving away free, round-trip plane tickets to the North Pole where they keep their bar complaint forms (which are NOT available online). If you don't want to go to the North Pole, you can enjoy Brant Brantley's (of the Mississippi Commission on Judicial Performance) free guided tours of the quicksand field over by High Street where all complaints against judges disappear. If for some reason you are unable to control yourself, never fear; Judge Houston Patton will operate his jail where no lawyers are needed or allowed as you just sit there for minutes... hours.... months...years until he decides he is tired**

of you sitting in his jail. Do not think Judge Patton is a bad judge however as he plans to serve free Mad Dog 20/20 to all inmates.

Trollfest '09 is a pet-friendly event as well. Feel free to bring your dog with you and do not worry if your pet gets hungry, as employees of the Jackson Zoo will be on hand to provide some of their animals as food when it gets to be feeding time for your little loved one.

Relax at the Fox News Tent. Since there are only three blonde reporters in Jackson (being blonde is a requirement for working at Fox News), Megan and Kathryn from WAPT and Wendy from WLBT will be on loan to Fox. To gain admittance to the VIP section, bring either your Republican Party ID card or a Rebel Flag. Bringing both and a torn-up Obama yard sign will entitle you to free drinks served by Megan, Wendy, and Kathryn. Get your tickets now. Since this is an event for trolls, no ID is required. Just bring the hate. Bring the family, Trollfest '09 is for EVERYONE!!!

This is definitely a Beaver production.

Note: Security provided by INS.

## TROLLFEST '07

Jackson Jambalaya is the home of Trollfest '07. Catch this great event which promises to leave NE Jackson & Fondren in flames. Sonjay Poontang and his band headline the night with a special steel cage, no time limit "loser must leave town" bout between Alan Lange and "Big Cat"Donna Ladd following afterwards. Kamikaze will perform his new song F*** Bush, he's still a _____. Did I mention there was no referee? Dr. Heddy Matthias and Lori Gregory will face off in the undercard dueling with dangling participles and other um, devices. Robbie Bell will perform Her two latest songs: My Best Friends are in the Media and Mama's, Don't Let Your Babies Grow up to be George Bell. Sid Salter of The Clarion-Ledger will host "Pin the Tail on the Trial Lawyer", sponsored by State Farm.

There will be a hugging booth where in exchange for your young son, Frank Melton will give you a loooong hug. Trollfest will have a dunking booth where Muhammed the terrorist will curse you to Allah as you try to hit a target that will drop him into a vat of pig grease. However, in the true spirit of Separate But Equal, Don Imus and someone from NE Jackson will also sit in the dunking booth for an equal amount of time. Tom Head will give a reading for two hours on why he can't figure out who the

hell he is. Cliff Cargill will give lessons with his .80 caliber desert eagle, using Frank Melton photos as targets. Tackleberry will be on hand for an autograph session. KIM Waaaaaade will be passing out free titles and deeds to crackhouses formerly owned by The Wood Street Players.

If you get tired come relax at the Fox News Tent. To gain admittance to the VIP section, bring either your Republican Party ID card or a Rebel Flag. Bringing both will entitle you to free drinks.Get your tickets now. Since this is an event for trolls, no ID is required, just bring the hate. Bring the family, Trollfest '07 is for EVERYONE!!!

This is definitely a Beaver production.

Note: Security provided by INS.

## MISSISSIPPI BAR SANCTIONS

- Latest sanctions
- More sanctions
- More, more, more sanctions
- Mooooooore sanctions
- More 2009 sanctions

JACKSON JAMBALAYA - COPYRIGHT © 2008 · THEME BY BRIAN GARDNER · BLOGGERIZED BY ZONA CEREBRAL AND GIRLYBLOGGER BLOGGER · LOG IN