IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| ANGELA TATE, DARSHAUN YOUNG, DENA MYERS, and HOPE LANDING | PLAINTIFFS |
| v. | CIVIL ACTION NO. 2:19-cv-63-TBM-RHWR |
| DR. MICHAEL ZALESKI and TOTAL FOOT CARE, LLC | DEFENDANTS |

### ORDER DENYING PLAINTIFFS' EMERGENCY MOTION TO COMPEL

This matter came before the Court on Plaintiffs' Emergency Motion [341] to Compel the Court to require the posting of a supersedeas bond. At the hearing conducted in this matter on July 11, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the Plaintiffs' Motion to Compel the Court to require the posting of a supersedeas bond should be DENIED. The Court further denied Defendant's request for attorney's fees.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on July 11th, 2022, Plaintiffs' Motion [341] to Compel is DENIED.

IT IS FURTHER ORDERED that Defendant's request for attorney's fees is DENIED.

THIS, the 11th day of July, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE